IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAO WANG,<br><br>    Plaintiff,<br><br>v.<br><br>JEH JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, LEON RODRIGUEZ, DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES<br><br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 15-CV-358 |

**O R D E R**

**AND NOW**, this 18th day of August, 2015, after careful consideration of Defendants' Motion Dismiss for Lack of Subject Matter Jurisdiction (ECF 11), Plaintiff's Opposition (ECF 13), and Defendants' Reply (ECF 15), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction, with prejudice. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-358 wang v. johnson\15cv358.Order.Wang.MTD.2015.08.07.docx